UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.: _____17-15929_____

Phillips, George                                          Chapter: _____7_____

                                                          Judge: _____MBK_____

### NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____
on ____March 12, 2018____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____8____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 44 Starboard Avenue<br>Barnegat, NJ<br>FMV - +/-$135,000.00 |
|---|---|

| Liens on property: | Cenlar - $105,828.76<br><br>Plus 10% Estimated Costs of Sale |
|---|---|

| Amount of equity claimed as exempt: | $-0- The debtor has additional exemptions to claim that would exceed any equity. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: _____Daniel E. Straffi, Esq._____

Address: _____670 Commons Way Toms River, NJ 08755_____

Telephone No.: _732-341-3800_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15929-MBK
George Phillips                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Jan 31, 2018
                              Form ID: pdf905        Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db             +George Phillips,   44 Starboard Avenue,   Barnegat, NJ 08005-1608
516725081      +CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
516725082      +Cenlar FSB,   425 Phillips Blvd,   Trenton, NJ 08618-1430
516725083      +Debt Recovery Solution,   900 Merchants Concourse,   Westbury, NY 11590-5142
516725085      +Enhanced Recovery Corporation,   PO Box 57610,   Jacksonville, FL 32241-7610
516725086       HSBC,   PO Box 17313,   Baltimore, MD 21297-1313
516725087      +KML Law Group,   216 Haddon Avenue,   Suite 406,   Collingswood, NJ 08108-2812
516725088      +Kristina Phillips,   c/o Ocean County Child Support,   213 Washington Street, 2nd Floor,
                 Toms River, NJ 08753-7502
516725089      +Medical Payment Data,   Attn: Commonwealth Financial,   245 Main Street,
                 Scranton, PA 18519-1641
516725092       Verizon,   PO Box 4830,   Trenton, NJ 08650-4830


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:31     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:28     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516725084      +E-mail/Text: mrdiscen@discover.com Jan 31 2018 22:49:53     Discover,   PO BOx 71084,
                 Charlotte, NC 28272-1084
516725090       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 22:56:37
                 Portfolio Recovery Associates,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
516725091       E-mail/Text: appebnmailbox@sprint.com Jan 31 2018 22:50:26     Sprint,   PO Box 4191,
                 Carol Stream, IL 60197-4191
                                                                                          TOTAL: 5


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
          Daniel E Straffi   on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
           dstraffi@ecf.epiqsystems.com
          Daniel E Straffi   dstraffi1@comcast.net,  dstraffi@ecf.epiqsystems.com
          Denise E. Carlon   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          James J. Cerbone   on behalf of Debtor George  Phillips cerbonelawfirm@aol.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5