UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-15929-MBK

George Phillips : Chapter: 7

: Judge: Kaplan

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I ____Alyson M. Guida____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
44 Starboard Avenue Barnegat NJ

JEANNE A. NAUGHTON, Clerk

Date: 03/06/2018        By: Alyson M. Guida

*rev.2/10/17*